Jewel LLOYD, Plaintiff—Appellant,

v.

DEPARTMENT OF CORRECTIONS,
Defendant—Appellee.

No. 08–6012.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2008.

Decided: April 23, 2008.

Jewel Lloyd, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

PER CURIAM:

Jewel Lloyd appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lloyd v. Dep't of Corr.*, No. 2:07–cv–00487–JBF–JEB (E.D. Va. filed Nov. 15, 2007; entered Nov. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*